IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Brian K. Clem<br>    Petitioner/Appellant<br><br>vs.<br><br>Dora Schriro, et al.<br><br>    Respondents/Appellees | CASE NO.   CV 06-1902-PCT-JAT<br><br>ORDER<br><br>re: CERTIFICATE OF APPEALABILITY<br>    and IN FORMA PAUPERIS STATUS |

I, __James A. Teilborg__, Judge of the United States District Court for the District of Arizona, certify that I have examined the Petition of __Brian K. Clem__ for issuance of a Certificate of Appealability, together with the application for a Writ of Habeas Corpus filed in this Court, and FIND:

/X/    Certificate of Appealability Granted.  Probable cause exists for the appeal taken in the above-named cause through the United States Court of Appeals for the Ninth Circuit from the Order of this Court denying petitioner's application for Writ of Habeas Corpus, and GRANTS that petitioner be allowed to proceed in forma pauperis for this appeal. The appellant has not made a substantial showing of the denial of a constitutional right; however, with respect to his double jeopardy claim, appellant advocates for a change in the law (*see* Doc. #21, pages 3-4 summarizing appellant's argument).  Thus, while this Court does not think "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong," *see Slack v. McDaniel*, 529 U.S. 473, 484 (2000), because an appeal is appellant's only method for seeking such change in the law, the Court will grant the certificate of appealability on only appellant's double jeopardy claim.  The certificate of appealability is denied with respect to all other claims.

/_/    Certificate of Appealability Denied.  Probable cause does not exist for the appeal.  The applicant has not made a substantial showing of the denial of a constitutional right.  In

Forma Pauperis status denied as to this appeal.

The clerk shall forthwith notify the parties of the entry of this Order regarding Certificate of Appealability and In Forma Pauperis Status on Appeal.

DATED this 7th day of February, 2008.

_____
James A. Teilborg
United States District Judge